FILED
08 AUG 13 PM 4:06
CLERK, U.S. DISTRICT...
SOUTHERN DISTRICT OF CALI...
BY: ECL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 2717 IEG |
| Plaintiff, ) | <u>I N D I C T M E N T</u> |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Attempted Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| EDER UBALDO FUENTES-VIRAMONTES, ) | |
| Defendant. ) | |

The grand jury charges:

<u>Count 1</u>

On or about July 19, 2008, within the Southern District of California, defendant EDER UBALDO FUENTES-VIRAMONTES did knowingly and intentionally attempt to import 50 kilograms and more, to wit: approximately 51.56 kilograms (113.43 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:nlv:Imperial
8/12/08

<u>Count 2</u>

On or about July 19, 2008, within the Southern District of California, defendant EDER UBALDO FUENTES-VIRAMONTES did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 51.56 kilograms (113.43 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney